

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDDIE F. MARSHALL, et. al., | Case No.   C-1-02-0189 |
| Plaintiffs, | Judge Weber<br>Magistrate Judge Hogan |
| vs. | |
| OHIO DEPARTMENT<br>OF EDUCATION, et. al., | AGREED ORDER EXTENDING<br>PLAINTIFFS' TIME TO REPLY |
| Defendants. | TO DEFENDANTS RESPONSE TO<br>PLAINTIFFS MOTION FOR<br>LEAVE TO FILE<br>AMENDED COMPLAINT |

For good cause shown, and by agreement of counsel, plaintiffs are hereby granted until September 29, 2003 to file their Reply to defendants Response to plaintiffs Motion For Leave To File Amended Complaint.

_____
Timothy Hogan, Magistrate Judge

_____
JOSEPH BANCSI #0025450
Attorney For Plaintiffs
Lakeside Place, Suite 450
323 West Lakeside Avenue
Cleveland, Ohio 44113
(216) 781-0111
(216) 781-6242 (fax)

_____
Mindy Wholey
(per telephone authorization)
Attorney For Ohio Department of Education
And Defendant, Susan Tave Zelman
Assistant Attorney General
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 466-2828

_____
R. Gary Winters
(per telephone authorization)
Attorney for defendants,
New Boston Public Schools,
Lowell Howard, Bernard Tilley,
Melinda Burnside, Jerry Bentley,
Laura Wessel, Patricia Potter, Barbara
Yvonne Cablish, South Central Ohio
Education Service Center, Rachael Jenkins
Coriell, Lorraine S. Cloerico, Elaine N.
Evans, Anna M. Gilley, Susan E. gooins,
Greg Grant, Joseph McGraw, Connie Spencer,
Anthony W. Taylor, Johnny D. Whisman,
Scott Shisman and William D. Williams,
McCaslin, Imbus & McCaslin
Suite 900 Provident Building
632 Vine Street
Cincinnati, Ohio 45202-2442