

**STATE OF OHIO**
**OFFICE OF THE ATTORNEY GENERAL**
JIM PETRO, ATTORNEY GENERAL

30 E. Broad St.
Columbus, OH 43215-3400
Telephone: (614) 644-7250
Facsimile: (614) 644-7634
www.ag.state.oh.us

# FACSIMILE TRANSMISSION COVER SHEET

**To:** U.S. District Court, Southern District of Ohio, Western Division
Attn: Ann
Fax No: 513-564-7505

**From:** Mindy Worly

**Re:** *Eddie F. Marshall, et al. vs. Ohio Department of Education, et al.*
Case No. C-1-02-189

**Number of Pages (including cover sheet): 6**

**Date/Time Sent:** October 10, 2003

If you do not receive any of the pages properly, please contact Ginger @ 644-7250 as soon as possible.

**Message:** The original is on its way!

## NOTICE

This is a fax transmission of attorney privileged and/or confidential information. It is intended only for the use of the individual or entity to which it is addressed. If you have received this communication in error, please notify the sender at the above address and destroy this transmittal. If you are not the intended recipient, you are hereby notified that any retention or dissemination of this information is strictly prohibited.



**STATE OF OHIO**
**OFFICE OF THE ATTORNEY GENERAL**
JIM PETRO, ATTORNEY GENERAL

Mindy A. Worly
30 E. Broad Street, 16th Floor
Columbus, OH 43215-3428
Telephone: (614) 644-7250
Facsimile: (614) 644-7634
mworly@ag.state.oh.us

Writer's direct dial:
(614) 466-2828

October 10, 2003

United States District Court
Southern District of Ohio
Western Division
Attn: Ann
U. S. Courthouse, Room 324
Fifth and Walnut Streets
Cincinnati, Ohio 45202

      Re:   *Eddie F. Marshall, et al. vs. Ohio Department of Education, et al.*
            U. S. District Court, Southern District of Ohio, Western Division
            Case No.: C-1-02-189 - Judge Weber; Magistrate Judge Hogan

Dear Ann:

    Per your request, we faxed to you this date, a copy of the electronic version of Defendants Ohio Department of Education and Susan Tave Zelman's Memorandum Contra Plaintiffs' Memorandum In Support of Plaintiff's Motion for Leave to File Amended Complaint, which for some reason the system would not allow us to file electronically. Enclosed please find the original of this document as per your request, signed.

    Thank you for your assistance with this, we appreciate it.

                              Very truly yours,

                              JIM PETRO
                              ATTORNEY GENERAL OF OHIO

                              Mindy A. Worly
                              Assistant Attorney General

MAW/glc
Enclosure