**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To EDDIE MARSHALL
Street, Apt. No.; or PO Box No. 4308 GALLIA St
City, State, ZIP+4 New Boston, OH 45662

7001 2510 0008 6348 8513

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To SANDRA Mitchell
Street, Apt. No.; or PO Box No. 4308 GALLIA St.
City, State, ZIP+4 New Boston, OH. 45662

7001 2510 0008 6348 8481

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Venn Marshall
Street, Apt. No.; or PO Box No. 4308 GALLIA St.
City, State, ZIP+4 New Boston OH 45662

7001 2510 0008 6348 8674