IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDDIE F. MARSHALL, et. al., | Case No.  C-1-02-0189 |
| Plaintiffs, | Judge Weber |
| | Magistrate Judge Hogan |
| vs. | |
| OHIO DEPARTMENT OF EDUCATION, et. al., | MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT |
| Defendants. | |

      Now come plaintiffs by and through counsel pursuant to the provisions of S.D.

Ohio Civ. R. 6.1(b) and Rule 6 (b) of the Federal Rules of Procedure, and respectfully

move this Court to enlarge and extend the time period for plaintiffs to file their

Amended Complaint. The order granting plaintiffs leave to amend Complaint did not

contain a time within which to file.  Plaintiffs assumed a reasonable time and have been

working diligently on the Amended Complaint and are working on their final draft.  The

current draft has approximately 20 pages with about 50 exhibits attached thereto to

specify in great detail the various claimed actions of defendants. Plaintiff request an

additional ten days to and including June 23 within which to file their Amended

Complaint. This is not made for purposes of delay, but to comply with the specific

madates of this Court's ruling granting the leave.

Respectfully submitted,

S/Joseph Bancsi

JOSEPH BANCSI #0025450
Attorney For Plaintiffs
Lakeside Place, Suite 450
323 West Lakeside Avenue
Cleveland, Ohio 44113
(216) 781-0111
(216) 781-6242 (fax)
jb@bancsilaw.com

CERTIFICATE OF SERVICE

True copy of the foregoing Plaintiffs Motion For Enlargement Of Time to File Amended Complaint was filed electronically this 3rd day of June, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

S/Joseph Bancsi

---

JOSEPH BANCSI
Attorney For Plaintiffs