IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDDIE F. MARSHALL, et. al., | Case No.  C-1-02-0189 |
| Plaintiffs, | Judge Weber |
| | Magistrate Judge Hogan |
| vs. | |
| OHIO DEPARTMENT OF EDUCATION, et. al., | MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT FOR A PERIOD OF TWO DAYS |
| Defendants. | |

Now come plaintiffs by and through counsel pursuant to the provisions of S.D. Ohio Civ. R. 6.1(b) and Rule 6 (b) of the Federal Rules of Procedure, and respectfully move this Court to enlarge and extend the time period for plaintiffs to file their Amended Complaint for a period of two days beyond their first request ending June 14, 2004.  This time is necessary to evaluate and to redraft the amended complaint to delete as a party, The Ohio Department of Education and SUSAN TAVE ZELMAN. This request is not made for purposes of delay, but to simplify and to streamline the claims of plaintiffs.

Respectfully submitted,

S/Joseph Bancsi

JOSEPH BANCSI #0025450
Attorney For Plaintiffs
Lakeside Place, Suite 450

323 West Lakeside Avenue
Cleveland, Ohio 44113
(216) 781-0111
(216) 781-6242 (fax)
jb@bancsilaw.com

### CERTIFICATE OF SERVICE

True copy of the foregoing Plaintiffs Amended Motion For Enlargement Of Time to File Amended Complaint was filed electronically this 14$^{thd}$ day of June, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Post Scrip: due to computer problems this pleading could not be electronically filed on the 14th until the computer specialist cured the problem on the 15th.

S/Joseph Bancsi
_____

JOSEPH BANCSI
Attorney For Plaintiffs