# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

EDDIE MARSHALL, et. al.,
    Plaintiffs

vs                                Case No. C-1-02-189
                                     (Weber, J.)
OHIO DEPARTMENT              (Hogan, M.J.)
OF EDUCATION, et. al.,
    Defendants

## ORDER

       This matter is before the Court on Plaintiffs' Motion for Enlargement of Time to File Amended Complaint for a Period of Two Days (Doc. 58). In their motion which was filed on June 15, 2004, Plaintiffs request an additional two (2) days" beyond their first request ending June 14, 2004," in which to file their Amended Complaint. (Id.).

       Plaintiffs request two days beyond the previously requested deadline of June 14, 2004 in which to file their Amended Complaint. In this Court's Order issued June 7, 2004, the Court granted Plaintiffs an extension until June 17, 2004. (*See* Doc. 57). As such, Plaintiffs' present motion is moot and DENIED as such. Plaintiffs shall file their Amended Complaint on or before June 17, 2004.

SO ORDERED.

Date:   6/16/04                           *s/Timothy S. Hogan*
                                                            Timothy S. Hogan
                                                            United States Magistrate Judge