**Bob Taft**
Governor



**Tom Hayes**
Director

FILED
JAMES BONINI
CLERK

04 JUN 24 PM 12: 04

30 East Broad Street • Columbus, Ohio 43215-3414
http://jfs.ohio.gov

June 22, 2004

Office of the Clerk
United States District Court
Southern District of Ohio
100 East Fifth Street, Room #324
Cincinnati, Ohio 45202

   Re: *Marshall v. Ohio Department of Education, et al.*
     Case No. 1:02-cv-189

Dear Clerk:

  Please be advised that I am no longer counsel for the State Defendants in the above-named action. Accordingly, it will no longer be necessary to send me notices and Orders in this matter. Roger Carroll will be continuing as counsel for the State Defendants in this action.

  Thank you for your attention to this matter. Please feel free to call me at (614) 466-4605 if you have any questions.

         Sincerely,

         Karen Lazorishak
         Senior Staff Attorney

KL:mlr

cc. Roger Carroll

*An Equal Opportunity Employer*