UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDDIE F. MARSHALL<br>SANDRA D. MARSHALL<br>VENA MARSHALL<br>KATHRYN P. MARSHALL | CASE NO. C-1-02-189<br><br>Judge Herman Weber |
| Plaintiffs | Magistrate Judge Hogan |
| and | |
| MATTHEW H. MARSHALL<br>ABIGAIL D. MARSHALL | |
| and | |
| New Party-Plaintiffs | **DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT AND/OR TO STRIKE PORTIONS OF PLAINTIFFS' AMENDED COMPLAINT** |
| vs. | |
| NEW BOSTON COMMUNITY SCHOOL DISTRICT<br>LOWELL HOWARD<br>REVEREND BERNARD E. TILLEY, JR.<br>MELINDA BURNSIDE<br>LINDA WESSEL<br>JERRY BENTLEY<br>PATRICIA K. POTTER<br>BARBARA YVONNE CABLISH | |
| Defendants | |
| and | |
| RACHEL JENKINS CORIELL<br>LORRAINE S. CLERICO aka LORRAINE SPARKS<br>SUSAN E. GOINS<br>GREG GRANT<br>JOSEPH W. McGRAW<br>CONNIE SPENCER<br>ANTHONY W. TAYLOR<br>JOHNNY E. WHISMAN<br>SCOTT WHISMAN<br>WILLIAM D. WILLIAMS | |
| New -Party Defendants. | |

Pursuant to Rules 12(e) and 12(f) of the Federal Rules of Civil Procedure, defendants move for a more definite statement and/or to strike portions of plaintiffs' Amended Complaint.

Respectfully submitted.

/s/ R. Gary Winters
R. Gary Winters     (0018680)
Bernard W. Wharton   (0063487)
Attorney for Defendants
McCASLIN, IMBUS & McCASLIN, LPA
632 Vine Street, Suite 900
Cincinnati, OH  45202-2442
(513) 421-4646
(513) 421-7929 (facsimile)
E-mail: rgwinters@mimlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2004, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ R. Gary Winters
R. Gary Winters     (0018680)
Bernard W. Wharton   (0063487)