**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eddie Marshall, et al.,
    Plaintiffs,

       v.                       Case No. 1:02cv189
                                    (Weber, Sr., J.; Hogan, M.J.)

Ohio Department of Education, et al.,
    Defendants.

**CALENDAR ORDER**

This case shall proceed as follows:

1. Deadline for leave to amend complaint: **August 31, 2004**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify primary experts: **February 28, 2005**
   Plaintiff produce primary reports: **February 28, 2005**
   Defendant rebuttal for identifying primary experts: **April 30, 2005**
   Defendant rebuttal for producing primary reports: **April 30, 2005**

3. Discovery deadline: **June 30, 2005**

4. Dispositive motion deadline: **August 31, 2005**

5. Final pretrial conference: **January 2006**\*

6. Trial: **February 2006**\*


Date   6/30/2004                                       s/Timothy S. Hogan
                                                                   Timothy S. Hogan
                                                                   United States Magistrate Judge

\*The specific dates will be assigned by the District Court