# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Eddie Marshall, et al.,
    Plaintiffs,

v.

Ohio Department of Education, et al.,
    Defendants.

Case No. 1:02cv189
(Weber, Sr., J.; Hogan, M.J.)

### ORDER

This case is before the Court on Plaintiff's motion for an enlargement of time to respond to Defendant's motion for a more definite statement (Doc. 64). For good cause shown, the motion is hereby **GRANTED** through and including July 30, 2004.

    SO ORDERED.

Date  7/8/2004

bac    July 8, 2004

J:\CRUMBA\FORMS\CALENDAR\2002\02-189.wpd

s/Timothy S. Hogan
Timothy S. Hogan
United States Magistrate Judge