## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| EDDIE F. MARSHALL, et al., | : | |
|     Plaintiffs, | : | CASE NO. C-1-02-189 |
| | : | |
| vs. | : | JUDGE WEBER |
| | : | |
| OHIO DEPT. OF EDUCATION, et al., | : | MAGISTRATE JUDGE HOGAN |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Eddie Marshall, et al. and Defendants the Ohio Department of Education and Susan Tave Zelman hereby stipulate that the above-captioned action is dismissed without prejudice.

Respectfully submitted,

/s/  Joseph Bancsi (per telephone authority)
JOSEPH BANCSI (0025450)
Attorney for Plaintiffs
Lakeside Place, Suite 450
323 West Lakeside Avenue
Cleveland, Ohio 44113
(216) 781-111
(216) 781-6242
jb@bancsilaw.com


/s/  Roger F. Carroll
Roger F. Carroll (0023142)
Trial Attorney for Ohio Department of Education
rcarroll@ag.state.oh.us
Mindy Worly (0037395)
mworly@ag.state.oh.us
Assistant Attorneys General
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7250

## CERTIFICATE OF SERVICE

      This is to certify that a true and accurate copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/  Roger F. Carroll
Roger F. Carroll (0023142)