## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| EDDIE F. MARSHALL, et al., | : | |
| Plaintiffs, | : | CASE NO. C-1-02-189 |
| | : | |
| vs. | : | JUDGE WEBER |
| | : | |
| OHIO DEPT. OF EDUCATION, et al., | : | MAGISTRATE JUDGE HOGAN |
| Defendants. | : | |

### AMENDED NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Eddie Marshall, et al.,

and Defendants the Ohio Department of Education and Susan Tave Zelman hereby stipulate that

the above-captioned action is dismissed without prejudice as to these named Defendants. This

stipulated notice corrects the notice of dismissal previously filed by the parties on September 8,

2004.

Respectfully submitted,

/s/Joseph Bancsi (per telephone authority)
JOSEPH BANCSI (0025450)
Attorney for Plaintiffs
Lakeside Place, Suite 450
Cleveland, OH 44113
(216) 781-0111
(216) 781-6242
jb@bancsilaw.com

/s/Roger F. Carroll
Roger F. Carroll (0023142)
*Trial Attorney for Ohio Dept. of Education*
rcarroll@ag.state.oh.us
Mindy Worly (0037395)
mworly@ag.state.oh.us
Assistant Attorneys General
Education Section
30 East Broad Street, 16th Floor
Columbus, OH 43215
(614) 644-7250