IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


EDDIE F. MARSHALL, et. al.,                    Case No.    C-1-02-0189

          Plaintiffs,                    Judge Weber
                                               Magistrate Judge Hogan

     vs.

OHIO DEPARTMENT
OF EDUCATION, et. al.,                         <u>NOTICE OF CORRECTION</u>
                                               <u>OF TYPOGRAPHICAL</u>
                                               <u>OMMISSION FROM PAGE</u>
         Defendants.                    <u>FOUR OF PLAINTIFFS</u>
                                               <u>AMENDED COMPLAINT</u>


      Now come plaintiffs by and through counsel and hereby give notice to the
Court and defendants of a correction on page 4 of plaintiffs' Amended Complaint
filed on June 16, 2004, by inserting the names of new-party defendants, Elaine
N. Evans and Anna M. Gilley, who although the claims against them were
specified in the body of the Amended Complaint were inadvertently omitted from
page 4 of the Amended Complaint.


                     Respectfully submitted,

                     S/Joseph Bancsi

                     JOSEPH BANCSI #0025450
                     Attorney For Plaintiffs
                     Lakeside Place, Suite 450
                     323 West Lakeside Avenue
                     Cleveland, Ohio 44113
                     (216) 781-0111
                     (216) 781-6242 (fax)
                     jb@bancsilaw.com

<u>CERTIFICATE OF SERVICE</u>

True copy of the foregoing Notice was filed electronically this 21[th] day of

December, 2004. Notice of this filing will be sent to all parties by operation of the

Court's electronic filing system, and to new-party defendants by U. S.  Marshall

service.

S/Joseph Bancsi

_____

JOSEPH BANCSI
Attorney For Plaintiffs