IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDDIE F. MARSHALL, et. al., | Case No.   C-1-02-0189 |
| Plaintiffs, | Judge Weber<br>Magistrate Judge Hogan |
| vs. | |
| OHIO DEPARTMENT<br>OF EDUCATION, et. al.,<br>Defendants. | REQUEST FOR MARSHALL<br>SERVICE OF PLAINTIFFS |

TO:  CLERK OF COURTS FOR THE SOUTHERN DISTRICT OF OHIO:

Plaintiffs hereby request service of the Summons, Amended Complaint filed on June 16, 2004, and Notice of Correction upon the twelve (12) new-party defendants at the addresses indicated upon the Complaint and Summons by Marshall Service:

> RACHAEL JENKINS CORIELL
> LORRAINE S. CLERICO aka LORRAINE SPARKS
> ELAINE N. EVANS
> ANNA M. GILLEY
> SUSAN E. GOINS
> GREG GRANT
> JOSEPH W. MCGRAW
> CONNIE SPENCER
> ANTHONY W. TAYLOR
> JOHNNY D. WHISMAN
> SCOTT WHISMAN
> WILLIAM D. WILLIAMS

Paper copies of 3 copies of Summons, Amended Complaint, and Notice are being delivered to the Clerk of Courts office by Federal Express.

Respectfully submitted,

S/Joseph Bancsi

JOSEPH BANCSI #0025450
Attorney For Plaintiffs
Lakeside Place, Suite 450
323 West Lakeside Avenue
Cleveland, Ohio 44113
(216) 781-0111
(216) 781-6242 (fax)
jb@bancsilaw.com

CERTIFICATE OF SERVICE

True copy of the foregoing Request was filed electronically this 22th day of December, 2004 and by paper copy by Federal Express. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

S/Joseph Bancsi

JOSEPH BANCSI
Attorney For Plaintiffs