UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2005 JAN -5  PM 2: 15

Eddie F. Marshall, et al.,
    Plaintiffs,

Civil Action No. 1:02-cv-189

vs.

Ohio Dept. of Education, et al.,
    Defendants.

**ORDER**
(Weber, J.; Hogan, M.J.)

This matter is before the Court on plaintiffs' motion for service by United States Marshall (Doc. 73) and response to the Court's show cause order of December 6, 2004. (Doc. 74).

On December 6, 2004, the Court ordered plaintiff to show cause why the Amended Complaint should not be dismissed as to certain defendants for failure of service. (Doc. 71). The Court has reviewed plaintiffs' response to the show cause order and determines that dismissal for failure of service is not warranted. Moreover, plaintiffs' motion for service by United States Marshall is well-taken and therefore **GRANTED**.

Accordingly, it is hereby **ORDERED** that the United States Marshal serve a copy of the Amended complaint, summons, and this order upon the following defendants:

    RACHAEL JENKINS CORIELL

    LORRAINE S. CLERICO aka LORRAINE SPARKS

    ELAINE N. EVANS

    ANNA M. GILLEY

    SUSAN E. GOINS

    GREG GRANT

JOSEPH W. MCGRAW

CONNIE SPENCER

ANTHONY W. TAYLOR

JOHNNY D. WHISMAN

SCOTT WHISMAN

WILLIAM D. WILLIAMS

All costs of service shall be advanced by the United States.

**IT IS SO ORDERED.**

Date: 1/4/05

Timothy S. Hogan
United States Magistrate Judge