# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

EDDIE MARSHALL, et. al.,
      Plaintiffs

    vs                        Case No. C-1-02-189
                               (Weber, J.)

OHIO DEPARTMENT            (Hogan, M.J.)
OF EDUCATION, et. al.,
      Defendants

## ORDER

On January 20, 2005, this Court issued an Order granting in part and denying in part Defendants' Motion for More Definite Statement (Doc. 76). Plaintiffs were directed to file an Amended Complaint which was consistent with the Court's decision therein. (Id.). However, the Court neglected to set forth a time frame in which to file said Amended Complaint. **IT IS THEREFORE ORDERED THAT** Plaintiffs shall file their Amended Complaint WITHIN FIFTEEN (15) DAYS of the date of this Order.

**IT IS FURTHER ORDERED THAT** the United States Marshal serve a copy of the complaint, summons, and this order upon defendants as directed by plaintiff. All costs of service shall be advanced by the United States.

SO ORDERED.

Date: 1/21/05

_____
Timothy S. Hogan
United States Magistrate Judge