IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

[ FILED ELECTRONICALLY ]

| | |
|---|---|
| EDDIE F. MARSHALL, ET.AL., | CASE NO. C-1-02-189 |
| Plaintiffs, | JUDGE HERMAN WEBER |
| Vs. | MAGISTRATE JUDGE HOGAN |
| OHIO DEPARTMENT OF EDUCATION, ET.AL., | |
| Defendants. | |

## MOTION FOR EXTENSION OF TIME

Now come all of the plaintiffs, by and through counsel, and respectfully move this Court for an extension of time of thirty days, to and including March 10, 2005, within which to file their Amended Complaint pursuant to this Courts order. Plaintiff submit that an extension is necessary to review the volumes of information and documents to make the specific allegations required by this Courts order, and due to counsel for plaintiff's trial schedule in January, counsel could not complete this task in the time allotted by this Court. Attorney Joseph Bancsi spoke with attorney Gary Winters, counsel for defendants, on the afternoon of February 8, 2005. Attorney Winters indicated that he does not have an objection to such extension if the Court also makes a suitable extension of the calendar days which both parties seek and will ask for a telephonic conference with Magistrate Judge Hogan on February 9, 2005.

Respectfully submitted,


/s/ *Joseph Bancsi*

JOSEPH BANCSI (#0025450)
Attorney For Plaintiffs
Lakeside Place, Suite 450
323 West Lakeside Avenue
Cleveland, Ohio 44113
(216) 781-0111
(216) 781-6242
jb@bancsilaw.com


CERTIFICATE OF SERVICE

I certify that on the 8th day of February, 2005, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.


*/s/ Joseph Bancsi*

Joseph Bancsi
Attorney For Plaintiffs