UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EDDIE MARSHALL, et. al.,
    Plaintiffs

vs

OHIO DEPARTMENT
OF EDUCATION, et. al.,
    Defendants

Case No. C-1-02-189
(Weber, J.)
(Hogan, M.J.)

### ORDER

This matter is before the Court on Plaintiffs' Motion for Extension of Time (Doc. 78). Plaintiffs request an extension of thirty (30) days to, and including March 10, 2005 in which to file their Amended Complaint pursuant to the Court's previous order. (Id.). Plaintiffs represent that Defendant have no objection to said extension if the Court also grants "a suitable extension of the calendar days."

**IT IS ORDERED THAT** Plaintiffs' Motion for Extension of Time (Doc. 78) be GRANTED. Plaintiffs shall have up to and including March 10. 2005 in which to file their Amended Complaint. Thereafter, the Court will hold a scheduling conference via telephone on April 13, 2005 at 10:00 a.m. to discuss the corresponding extensions of calendar days. The Parties are reminded to contact the court five minutes prior to the start of the conference at 513-564-7650.

SO ORDERED.

Date: 3/2/05

Timothy S. Hogan
United States Magistrate Judge