IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

[ FILED ELECTRONICALLY ]

| | |
|---|---|
| EDDIE F. MARSHALL, ET.AL., | CASE NO. C-1-02-189 |
| Plaintiffs, | JUDGE HERMAN WEBER |
| Vs. | MAGISTRATE JUDGE HOGAN |
| OHIO DEPARTMENT OF EDUCATION, ET.AL., | |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME**
**(With Proposed Order)**

Now come all of the plaintiffs, by and through counsel, and respectfully move this Court for an extension of time of twenty days, to and including March 30, 2005, within which to file their Amended Complaint pursuant to this Courts order. Plaintiff submit that an extension is necessary to review the volumes of information and documents to make the specific allegations required by this Courts order, and due to counsel for plaintiff's trial schedule, counsel could not complete this task in the time allotted by this Court. Plaintiffs further request that the dates set forth in the calendar order be extended by one-hundred twenty days (120) to permit all the parties to prepare and/or respond to the Amended Complaint.

Respectfully submitted,

/s/ *Joseph Bancsi*

JOSEPH BANCSI (#0025450)
Attorney For Plaintiffs
Lakeside Place, Suite 450
323 West Lakeside Avenue
Cleveland, Ohio 44113
(216) 781-0111
(216) 781-6242
jb@bancsilaw.com

## CERTIFICATE OF SERVICE

I certify that on the 15th day of March, 2005, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Joseph Bancsi*

Joseph Bancsi
Attorney For Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eddie Marshall, et. al.,

    Plaintiffs,                                              Case No. 1:02cv189

    v.

Ohio Department of Education, et.al.,               **ORDER**

    Defendants.

    This matter came before the Court upon Motion For Extension Of Time of plaintiffs filed on March 15, 2005, and upon due consideration thereof, it is ordered that This case shall proceed as follows:

1.     Deadline for plaintiffs to file Amended Complaint: **March 30, 2005**

2.     Deadline for disclosure of expert witnesses and submission of expert reports:
        Plaintiffs identify primary experts: **June 30, 2005**
        Plaintiffs produce primary reports: **June 30, 2005**
        Defendants rebuttal for identifying primary experts: **August 31, 2005**
        Defendants produce rebuttal primary expert reports: **August 31, 2005**

3.     Discovery deadline: **November 30, 2005**

4.     Dispositive motion deadline: **December 31, 2005**

5.     Final pretrial conference: _____, **2006** specific date to be assigned by the District Court

6.     Trial: _____, **2006**, specific date to be assigned by the district Court