FILED
JAMES BONINI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO    2005 APR 13   AM 10: 37
WESTERN DIVISION

Eddie Marshall, et al.,
    Plaintiff(s)

v.                        Case Number 1:02cv0189
                           (Weber, J.; Hogan, MJ)

Ohio Dept. Of Education, et al.,

    Defendant(s).

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Linda Smith
**COURT REPORTER:** none present
**DATE:** April 13, 2005            **TIME:** 10:00 am

Attorney for Plaintiff(s): _____     Attorney for Defendant(s): _____

no attorney present            Gary Winters, Esq
                                                   Bernard Wharton, Esq

### PROCEDURES

✓ Counsel Present. *for Defendants*

___ Schedule set as follows:

✓ Order to issue.