UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eddie Marshall, et. al.,
    Plaintiffs,

v.

Case No. 1:02cv189
(Weber, J.; Hogan, M.J.)

Ohio Dept. of Education, et al.,
    Defendants.

## CALENDAR ORDER

This case shall proceed as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify primary experts: **August 31, 2005**
   Plaintiff produce primary reports: **August 31, 2005**
   Defendant rebuttal for identifying primary experts: **October 28, 2005**
   Defendant rebuttal for producing primary reports: **October 28, 2005**

2. Discovery deadline: **December 31. 2005**

3. Dispositive motion deadline: **February 28, 2006**

4. Final pretrial conference: **June, 2006***

5. Trial: **July, 2006***

    Plaintiffs' Motion for Extension of Time (Doc. 80) is DENIED. Having failed to file an Amended Complaint in compliance with the Court's previous orders, (see Docs. 54, 76, 77, 79), this case shall proceed on Plaintiffs' Second Amended Complaint (Doc. 25).

Date 4/13/05

Timothy S. Hogan
United States Magistrate Judge

*The specific dates will be assigned by the District Court