ID:02040mottodismiss

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDDIE F. MARSHALL | CASE NO. C-1-02-189 |
| SANDRA D. MARSHALL | |
| VENA MARSHALL | Judge Herman Weber |
| | Magistrate Judge Hogan |
| Plaintiffs | |
| vs. | |
| OHIO DEPARTMENT OF EDUCATION | |
| NEW BOSTON PUBLIC SCHOOLS | |
| LOWELL HOWARD | **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS EDDIE F. MARSHALL AND SANDRA D. MARSHALL** |
| BERNARD TILLEY | |
| MELINDA BURNSIDE | |
| JERRY BENTLEY | |
| LAURA WESSEL | |
| PAT POTTER | |
| Defendants | |

Now come defendant New Boston Public Schools, Lowell Howard, Bernard Tilley, Melinda Burnside, Jerry Bentley, Laura Wessel and Pat Potter, and move to dismiss plaintiffs

Eddie F. Marshall and Sandra D. Marshall.  This motion is supported by the attached memorandum.

                                              Respectfully submitted,

/s/ R. Gary Winters
R.  Gary Winters  0018680
Bernard W. Wharton 0063487
Attorneys for Defendants
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513)  421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDDIE F. MARSHALL | CASE NO. C-1-02-189 |
| SANDRA D. MARSHALL | |
| | Judge Herman Weber |
| VENA MARSHALL | |
| | Magistrate Judge Hogan |
| Plaintiffs | |
| vs. | |
| OHIO DEPARTMENT OF EDUCATION | |
| NEW BOSTON PUBLIC SCHOOLS | |
| | **MEMORANDUM IN SUPPORT OF** |
| LOWELL HOWARD | **DEFENDANTS' MOTION TO** |
| | **DISMISS PLAINTIFFS EDDIE F.** |
| BERNARD TILLEY | **MARSHALL AND SANDRA D.** |
| | **MARSHALL** |
| MELINDA BURNSIDE | |
| JERRY BENTLEY | |
| LAURA WESSEL | |
| PAT POTTER | |
| Defendants | |

Plaintiff Eddie F. Marshall and plaintiff Sandra D. Marshall have been made plaintiffs in this litigation in the Complaint and Amended Complaint solely as father and mother, respectively, of plaintiffs Vena Marshall and Kathryn Marshall. There is no allegation in either the Complaint or the Amended Complaint that Eddie F. Marshall or Sandra D. Marshall have any claims separate from or not arising out of their status as parents. Accordingly, they

3

are proper party plaintiffs only while the allegedly injured plaintiffs are minors. At the time of the filing of the Amended Complaint on December 11, 2002, Kathryn Marshall was seventeen years old. She is clearly now over the age of eighteen and it is no longer necessary for her parents to serve as plaintiffs on her behalf.

With respect to plaintiff Vena Marshall, it is understood that her date of birth was August 3, 1987. Accordingly, she turned eighteen years of age on August 3, 2005. Therefore, she is now an adult in the eyes of the law and there is no need for her parents to serve as party plaintiffs in this matter any longer on her behalf.

In summary, both of the plaintiffs who allegedly been injured by the defendants are adults and there is no need for Eddie F. Marshall and Sandra D. Marshall to serve as party plaintiffs in this matter any further. Therefore, defendants request that plaintiffs Eddie F. Marshall and Sandra D. Marshall be dismissed from this lawsuit.

    Respectfully submitted,

/s/ R. Gary Winters
R. Gary Winters  0018680
Bernard W. Wharton 0063487
Attorneys for Defendants
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on the ___ day of August, 2005 , a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                s/ R. Gary Winters
                R. Gary Winters   0018680
                Bernard W. Wharton 0063487
                McCASLIN, IMBUS & McCASLIN
                Attorneys for Defendants
                Suite 900 Provident Building
                632 Vine Street
                Cincinnati, OH 45202-2442
                (513) 421-4646 Telephone
                (513) 421-7929 Facsimile
                rgwinters@mimlaw.com
                bwwharton@mimlaw.com