**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0008 6348 2818

| | | |
|---|---|---|
| Postage | $ | Doc. 85 |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1:02cv189 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Eddie + Sandra Marshall
Street, Apt. No.; or PO Box No.: 4308 Gallia Street
City, State, ZIP+4: New Boston, Ohio 45662

PS Form 3800, January 2001 — See Reverse for Instructions