ID:02040noticeofdepo.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KATHRYN MARSHALL | CASE NO. C-1-02-189 |
| VENA MARSHALL | |
| | Judge Herman Weber |
| Plaintiffs | |
| | Magistrate Judge Hogan |
| vs. | |
| OHIO DEPARTMENT OF EDUCATION | |
| NEW BOSTON PUBLIC SCHOOLS | |
| LOWELL HOWARD | |
| | **NOTICE OF DEPOSITION OF** |
| BERNARD TILLEY | **PLAINTIFF VENA MARSHALL** |
| MELINDA BURNSIDE | |
| JERRY BENTLEY | |
| LAURA WESSEL | |
| PAT POTTER | |
| Defendants | |

Please take notice that defendant will take the deposition of plaintiff Vena Marshall on December 14, 2005, at 9:00 a.m. at the offices of defense counsel, McCaslin, Imbus & McCaslin, Suite 900 Provident Building, 632 Vine Street, Cincinnati, Ohio 45202. Said oral

examination shall continue from day to day until completed.

/s/ R. Gary Winters
R. Gary Winters 0018680
Bernard W. Wharton 0063487
Attorneys for Defendants
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of November, 2005 , a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ R. Gary Winters
R. Gary Winters   0018680
Bernard W. Wharton 0063487
McCASLIN, IMBUS & McCASLIN
Attorneys for Defendants
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com