UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Katherine Marshall, et. al.,
    Plaintiffs

vs

OHIO DEPARTMENT
OF EDUCATION, et. al.,
    Defendants

Case No. C-1-02-189
(Weber, J.)
(Hogan, M.J.)

## ORDER

    This matter is before the Court on Defendant's Motion to Compel (Doc. 86). To date, Plaintiffs have filed no response to said motion.

    Defendants request an order directing Plaintiffs Vena and Katherine Marshall to fully and accurately answer the first set of interrogatories and requests for production of documents propounded to them on May 18, 2005 and that the Plaintiffs sign a verification sheet for any interrogatory answers they propound. Pursuant to S.D. Ohio Civ. R. 7.2(a)(2), "[f]ailure to file a memorandum in opposition may be cause for the Court to grant any Motion . . . ." Therefore, for good cause shown, Defendants' Motion to Compel (86) is HEREBY GRANTED.

    **IT IS ORDERED THAT** Plaintiffs Vena and Katherine Marshall fully and accurately answer the first set of interrogatories and requests for production of documents propounded to them WITHIN FIFTEEN (15) DAYS and that Plaintiffs sign a verification sheet for any interrogatory answers which they propound.

SO ORDERED.

Date: 12/13/05

Timothy S. Hogan
United States Magistrate Judge