ID:020402ndnoticeofdepo.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KATHRYN MARSHALL

VENA MARSHALL

    Plaintiffs

vs.

OHIO DEPARTMENT OF EDUCATION

NEW BOSTON PUBLIC SCHOOLS

LOWELL HOWARD

BERNARD TILLEY

MELINDA BURNSIDE

JERRY BENTLEY

LAURA WESSEL

PAT POTTER

    Defendants

CASE NO.  C-1-02-189

Judge Herman Weber

Magistrate Judge Hogan

**SECOND NOTICE OF DEPOSITION
OF PLAINTIFF VENA MARSHALL**

Please take notice that defendant will take the deposition of plaintiff Vena Marshall on

February 22, 2006 at 9:00 a.m. at the offices of defense counsel, McCaslin, Imbus &

McCaslin, Suite 900 Provident Building, 632 Vine Street, Cincinnati, Ohio 45202.  Said oral

examination shall continue from day to day until completed.

/s/ R. Gary Winters
R.  Gary Winters  0018680
Bernard W. Wharton 0063487
Attorneys for Defendants
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513)  421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd  day of January 2006, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ R. Gary Winters
R. Gary Winters   0018680
Bernard W. Wharton 0063487
McCASLIN, IMBUS & McCASLIN
Attorneys for Defendants
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com