IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

[ FILED ELECTRONICALLY ]

| | |
|---|---|
| EDDIE F. MARSHALL, ET.AL., | CASE NO. C-1-02-189 |
| Plaintiffs, | JUDGE HERMAN WEBER |
| Vs. | MAGISTRATE JUDGE HOGAN |
| OHIO DEPARTMENT OF EDUCATION, ET.AL., | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBERS OF PLAINTIFFS' COUNSEL

Now comes Joseph Bancsi, attorney for plaintiffs, Vena Marshall and Kathryn Marshall, and hereby gives notice to the Court and counsel for defendants that his address and telephone numbers have been changed to:

**The IMG Center, Suite 1000
1360 East Ninth Street
Cleveland, Ohio 44114
(216) 622-7766
(216) 622-7767** *fax*

Respectfully submitted,

/s/ *Joseph Bancsi*

JOSEPH BANCSI (#0025450)
Attorney For Plaintiffs
The IMG Center, Suite 1000
1360 East Ninth Street
Cleveland, Ohio 44114
(216) 622-7766
(216) 622-7767 fax
jb@bancsilaw.com

CERTIFICATE OF SERVICE

I certify that on the 12th day of February, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Joseph Bancsi*

Joseph Bancsi
Attorney For Plaintiffs