IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

[ FILED ELECTRONICALLY ]

| | |
|---|---|
| EDDIE F. MARSHALL, ET.AL., | CASE NO. C-1-02-189 |
| Plaintiffs, | JUDGE HERMAN WEBER |
| Vs. | MAGISTRATE JUDGE HOGAN |
| OHIO DEPARTMENT OF EDUCATION, ET.AL., | |
| Defendants. | |

**NOTICE TO TAKE DEPOSITIONS**

Now come the plaintiffs, by and through counsel, pursuant to the agreement of the parties, hereby give notice that they shall take the deposition by oral examination of defendant, Lowell Howard, on February 23, 2006, at 9:00 A.M., of defendant, Melinda Burnside, at 9:00A.M. of February 24, 2006, and of defendant, Reverend Bernard E. Tilley, Jr. at 1:30 P.M. on February 24, 2006, at the law offices of Waite, Schneider, Bayless & Chesley, 1513 Forth & Vine Tower, One West Fourth Street, Cincinnati, Ohio, and that same shall continue from day to day until completed.

Respectfully submitted,

/s/ *Joseph Bancsi*

JOSEPH BANCSI (#0025450)

Attorney For Plaintiffs
The IMG Center, Suite 1000
1360 East Ninth Street
Cleveland, Ohio 44114
(216) 622-7766
(216) 622-7767 fax
jb@bancsilaw.com

CERTIFICATE OF SERVICE

I certify that on the 14th day of February, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Joseph Bancsi*

Joseph Bancsi
Attorney For Plaintiffs