UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KATHRYN MARSHALL | CASE NO.  C-1-02-189 |
| VENA MARSHALL | |
| | Judge Herman Weber |
| Plaintiffs | |
| | Magistrate Judge Hogan |
| vs. | |
| OHIO DEPARTMENT OF EDUCATION | |
| NEW BOSTON PUBLIC SCHOOLS | |
| LOWELL HOWARD | |
| BERNARD TILLEY | **JOINT MOTION FOR EXTENSION OF DISPOSITIVE MOTION FILING DATE** |
| MELINDA BURNSIDE | |
| JERRY BENTLEY | |
| LAURA WESSEL | |
| PAT POTTER | |
| Defendants | |

For the reasons set forth herein, the parties jointly move the Court to extend the dispositive motion cut-off date by fourteen (14) days, to March 14, 2006.

| | |
|---|---|
| /s/ Joseph Bancsi | /s/ R. Gary Winters |
| Joseph Bancsi 0025450 | R.Gary Winters    0018680 |
| Attorney for Plaintiffs | Bernard W. Wharton 0063487 |
| The IMG Center, Suite 1000 | Attorneys for Defendants |
| 1360 East Ninth Street | McCASLIN, IMBUS & McCASLIN |
| Cleveland, OH 44114 | Suite 900 Provident Bank Building |
| (216) 622-7766 phone | 632 Vine Street |
| (216) 622-7767 fax | Cincinnati, OH  45202-2442 |
| jb@bancsilaw.com | (513)  421-4646 Telephone |
| | (513) 421-7929 Facsimile |
| | rgwinters@mimlaw.com |
| | bwwharton@mimlaw.com |

**MEMORANDUM**

The current dispositive motion cut-off in this matter is February 28, 2006. Counsel for the parties had previous scheduled the depositions of plaintiffs Kathryn and Vena Marshall for February 21 and February 22, 2006. However, due to circumstances beyond the control of plaintiffs' counsel, it became necessary to reschedule these depositions for February 23 and February 24, 2006. Although this change is only a few days, it renders it impossible for defense counsel to obtain the transcripts in order to file a motion for summary judgment on February 28, 2006.

Accordingly, the parties jointly move the Court for an extension of fourteen (14) days, to March 14, 2006, for defendants to file their motion for summary judgment. There is no pretrial or trial setting in this matter, and the extension will not interfere with the orderly progress of this case.

Respectfully submitted,

/s/ Joseph Bancsi
Joseph Bancsi 0025450
Attorney for Plaintiffs
The IMG Center, Suite 1000
1360 East Ninth Street
Cleveland, OH 44114
(216) 622-7766 phone
(216) 622-7767 fax
jb@bancilaw.com

/s/ R. Gary Winters
R.Gary Winters    0018680
Bernard W. Wharton 0063487
Attorneys for Defendants
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513)  421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com

**CERTIFICATE OF SERVICE**

2

I hereby certify that on the 21st day of February 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        s/ R. Gary Winters
R. Gary Winters   0018680
Bernard W. Wharton 0063487
McCASLIN, IMBUS & McCASLIN
Attorneys for Defendants
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com

3