UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2006 FEB 23  PM 1:50

Eddie Marshall, et al.,
   Plaintiff(s),

v.

Case No. 1:02cv0189
(J. Weber ; Hogan, M.J)

Ohio Dept. Of Education, et al.,
   Defendant(s).

CIVIL MINUTES
for an
Informal Discovery Conference

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:**
**COURT REPORTER:** none present
**DATE:** February 23, 2006              **TIME:** 10:30 am – 10:48 am

Attorney for Plaintiff(s): _____            Attorney for Defendant(s): _____

Joseph Bancsi                                 Gary Winters

PROCEDURES

✓ Counsel Present. (via telephone)

✓ Discovery conference held.

___ Case continued for _____

___ Court Order/Memorandum to follow.

✓ Other  Court issued oral order re: deposition.