UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KATHRYN MARSHALL | CASE NO. C-1-02-189 |
| VENA MARSHALL | |
| | Judge Herman Weber |
| Plaintiffs | |
| | Magistrate Judge Hogan |
| vs. | |
| OHIO DEPARTMENT OF EDUCATION | |
| NEW BOSTON PUBLIC SCHOOLS | |
| LOWELL HOWARD | **PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISPOSITIVE MOTION FILING DATE** |
| BERNARD TILLEY | |
| MELINDA BURNSIDE | |
| JERRY BENTLEY | |
| LAURA WESSEL | |
| PAT POTTER | |
| Defendants | |

Upon the Joint Motion of the parties, and for good cause shown, the dispositive motion date in this matter is extended from February 28, 2006 to March 14, 2006.

_____
Timothy S. Hogan
United States Magistrate Judge