UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KATHRYN MARSHALL | CASE NO. C-1-02-189 |
| VENA MARSHALL | |
| | Judge Herman Weber |
| Plaintiffs | |
| | Magistrate Judge Hogan |
| vs. | |
| OHIO DEPARTMENT OF EDUCATION, et al. | **NOTICE OF FILING OF DEPOSITION OF PLAINTIFF** |
| Defendants | **KATHRYN MARSHALL** |

Defendants have filed the transcript of the deposition of Plaintiff Kathryn Marshall in support of their motion for summary judgment.

/s/ R. Gary Winters
R. Gary Winters  0018680
Bernard W. Wharton 0063487
Attorneys for Defendants
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513)  421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ R. Gary Winters
R. Gary Winters   0018680
Bernard W. Wharton 0063487
McCASLIN, IMBUS & McCASLIN
Attorneys for Defendants
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com
