UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KATHRYN MARSHALL                          CASE NO.  C-1-02-189

VENA MARSHALL
                                          Judge Herman Weber
        Plaintiffs
                                          Magistrate Judge Hogan
vs.

OHIO DEPARTMENT OF EDUCATION,
et al.                                    **NOTICE OF FILING OF
                                          DEPOSITION OF PLAINTIFF VENA
        Defendants                        MARSHALL**


        Defendants have filed the transcript of the deposition of Plaintiff Vena Marshall in

support of their motion for summary judgment.




                              /s/ R. Gary Winters
                              R.  Gary Winters  0018680
                              Bernard W. Wharton 0063487
                              Attorneys for Defendants
                              McCASLIN, IMBUS & McCASLIN
                              Suite 900 Provident Bank Building
                              632 Vine Street
                              Cincinnati, OH  45202-2442
                              (513)  421-4646 Telephone
                              (513) 421-7929 Facsimile
                              rgwinters@mimlaw.com
                              bwwharton@mimlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ R. Gary Winters
R. Gary Winters   0018680
Bernard W. Wharton 0063487
McCASLIN, IMBUS & McCASLIN
Attorneys for Defendants
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com