IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

[ FILED ELECTRONICALLY ]

| | |
|---|---|
| EDDIE F. MARSHALL, ET.AL., | CASE NO. C-1-02-189 |
| Plaintiffs, | JUDGE HERMAN WEBER |
| vs. | MAGISTRATE JUDGE HOGAN |
| OHIO DEPARTMENT OF EDUCATION, ET.AL., | |
| Defendants. | |

**MOTION FOR ENLARGEMENT OF TIME WITH
CONSENT OF DEFENDANTS**

Now come all of the plaintiffs, by and through counsel, and respectfully move this Court for an order of enlargement of time of forty-five days (45) to and including May 20, 2006, within which to file the memorandum and supportive documents in opposition to defendant's Motion For Summary Judgment.

The reasons for this request are that counsel for plaintiff is in the process of obtaining affidavits from witnesses including one residing in Germany, and other commitments of counsel for plaintiff (including a family Easter holiday in Europe in the month of April which has been planned for months) require such extension to complete plaintiff's response.

Counsel for plaintiff has obtained the consent of counsel for defendants for such extension and submits by e-mail to the Court a proposed order.

Respectfully submitted,

/s/ *Joseph Bancsi*

JOSEPH BANCSI (#0025450)
Attorney For Plaintiffs
1000 IMG Center
1360 East 9th Street
Cleveland, Ohio 44114
(216) 622-7766
(216) 622-7767
jb@bancsilaw.com

CERTIFICATE OF SERVICE

I certify that on the 6th day of April, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Joseph Bancsi*

Joseph Bancsi
Attorney For Plaintiffs