IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

[ FILED ELECTRONICALLY ]

| | |
|---|---|
| EDDIE F. MARSHALL, ET.AL., | CASE NO. C-1-02-189 |
| Plaintiffs, | JUDGE HERMAN WEBER |
| vs. | MAGISTRATE JUDGE HOGAN |
| OHIO DEPARTMENT OF EDUCATION, ET.AL., | |
| Defendants. | |

## ORDER

This case came before the Court on this 7th day of April, 2006 upon Motion For Enlargement of Time With Consent of Defendants of plaintiffs, filed on April 6, 2006, and the Court, after having been duly advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that plaintiffs be and they are hereby granted an extension to and including May 20, 2006, within which they may file their Opposition to the Motion For Summary Judgment of defendants.

_____
Timothy S. Hogan
United States Magistrate Judge