IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARSHALL, | : | Case No.: C-1-02-189 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| OHIO DEPT. OF EDUCATION, | : |  |
| Defendant | : |  |

**ORDER**

Parties are advised that Trial in the above styled case is RESCHEDULED to the October 2006 trial term. Counsel shall file their Joint Pretrial Order on or before September 5, 2006.

**IT IS SO ORDERED.**

                                                                     s/Herman J. Weber
                                                 Herman J. Weber, Senior Judge
                                                    United States District Court