IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

[ FILED ELECTRONICALLY ]

| | |
|---|---|
| EDDIE F. MARSHALL, ET.AL., | CASE NO. C-1-02-189 |
| Plaintiffs, | JUDGE HERMAN WEBER |
| Vs. | MAGISTRATE JUDGE HOGAN |
| OHIO DEPARTMENT OF EDUCATION, ET.AL., | |
| Defendants. | |

**MOTION TO SUBSTITUTE SANDY MARSHALL AND EDDIE MARSHALL, GUARDIANS OF PLAINTIFF, VENA MARSHALL, AS PARTY PLAINTIFFS**

Now come all of the plaintiffs, by and through counsel, and respectfully move this Court for an order of substituting Sandy Marshall and Eddie Marshall, parents of plaintiff, Vena Marshall, as party-plaintiffs, since due to Vena Marshall, illness and hospitalization for an eating disorder, Sandy Marshall and Eddie Marshall, have bee designated as Guardians of the person and estate of Vena Marshall, by the Probate Court of Scioto County. A copy of their Application and two orders of the Scioto Probate Court are attached in support of this Motion.

Respectfully submitted,

/s/ *Joseph Bancsi*

JOSEPH BANCSI (#0025450)
Attorney For Plaintiffs
1000 IMG Center
1360 East 9th Street
Cleveland, Ohio 44114
(216) 622-7766
(216) 622-7767
jb@bancsilaw.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 22st day of May, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Joseph Bancsi*

Joseph Bancsi
Attorney For Plaintiffs