# Probate Court of Scioto County
## 602 7th Street
## Portsmouth, Ohio 45662

Eddie F. Marshall,
Sandra D. Marshall

    Petitioners,

In Re: Vena Annamaria Marshall

Case # - 20062013

Judge James W. Kirsch

## Judgment Entry

    The facts being duly noted this court hereby grants an additional extension of 30 days from the date of this order to the Emergency Guardianship order for Vena Annamaria Marshall dated April 13th, 2006.

Date: 5/19/06

James W Kirsch
Judge James W. Kirsch
Probate Court of Scioto County
740-355-8351