# Probate Court of Scioto County
## 602 7th Street
## Portsmouth, Ohio 45662

Eddie F. Marshall  
Sandra D. Marshall

Case # - 20062013

Petitioners,

Judge James W. Kirsch

In Re: Vena Annamaria Marshall

### Judgement Entry

The facts being duley noted by this court hereby grants an extension of 30 days to the Emergency Guardianship order for Vena Annamaria Marshall dated April 13th, 2006.

Date: 4/17/06

Judge James W. Kirsch  
Probate Court of Scioto County  
740-355-8351

THE STATE OF OHIO } I, James W. Kirsch, Judge And Clerk Of The Court Of Common Pleas, Probate Division Within And For Said County, Hereby Certify That The Above And Foregoing Is Truly Taken And Copied From The Original Judgement Entry Now On File In My Office. Witness My Hand And Seal Of Said Court This 17th Day Of April A.D. 2006.

JAMES W. KIRSCH, Judge And Clerk.

By _____ Deputy