BARRETT BROTHERS • SPRINGFIELD, OHIO • 1-800-322-7711

PROBATE COURT OF SCIOTO COUNTY, OHIO

Judge James W. Kirsch

IN THE MATTER OF THE GUARDIANSHIP OF _Vena Annamaria Marshall_

Case No. _2062013_

_Emergency_

# JUDGMENT ENTRY
## APPOINTMENT OF GUARDIAN FOR INCOMPETENT PERSON
[R.C. 2111.02]

Upon hearing the application for appointment of guardian herein the Court finds that _Vena Annamaria Marshall_ is incompetent by reason of _Anorexia Nervosa_ _____ and therefore is incapable of taking proper care of _herself_ self and _her_ property, and that a guardianship is necessary.

The Court further finds that all persons who were entitled to notice of the hearing thereon were given or waived notice thereof, that the incompetent is a resident of this county or has legal settlement herein; that this Court has jurisdiction.

It is therefore ordered that a (limited) guardian of the (person and estate) be appointed.

The Court therefore appoints _Eddie & Sandy Marshall_, a suitable and competent person, (limited) guardian of the (person and estate) of _Vena Annamaria Marshall_ incompetent, with the powers conferred as described, and limited to those powers contained in the Letters of Guardianship issued by this Court. This appointment is in compliance with R.C. 2111.09.

The Court approves the bond as filed.

The Court finds a record of the hearing was not requested.

The Court orders Letters of Guardianship issue to _Eddie & Sandy Marshall_ as provided by law.

_4/13/06_
Date

_James W Kirsch_
Probate Judge

THE STATE OF OHIO } I, James W. Kirsch, Judge And Clerk Of The Court Of Common Pleas, Probate Division Within And For Said County, Hereby
Scioto County, ss.

Certify That The Above And Foregoing Is Truly Taken And Copied From The Original _Judgment Entry Appointment of Gdn_ Now On File In My Office. Witness My Hand And Seal Of Said Court This _13th_ Day Of _April_ A.D. 20 _06_

JAMES W. KIRSCH, Judge And Clerk.

_____, Deputy

17.5 JUDGMENT ENTRY
APPOINTMENT OF GUARDIAN FOR INCOMPETENT PERSON

Incompetent - 11