UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KATHRYN MARSHALL                          CASE NO.  C-1-02-189

VENA MARSHALL
                                          Judge Herman Weber
          Plaintiffs
                                          Magistrate Judge Hogan
vs.

OHIO DEPARTMENT OF EDUCATION,
et al.                                    **DEFENDANTS' MEMORANDUM IN
                                          OPPOSITION TO PLAINTIFFS'
          Defendants                      MOTION FOR ENLARGEMENT OF
                                          TIME TO FILE RESPONSE TO
                                          SUMMARY JUDGMENT MOTION**


          In response to plaintiffs' motion, the defendants respectfully oppose any additional

extension of time for the plaintiffs to file their memorandum in opposition to the defendants'

motion for summary judgment.  Defendants are mindful of the precarious health situation of

plaintiff Vena Marshall, however, it should be noted that the defendants filed their summary

judgment motion on March 14, 2006.  Under the scheduling order in place at that time,

plaintiffs' response was due April 7, 2006.  They asked for an received an extension of time

until May 20, 2006 to respond the defendants' motion for summary judgment.  Both plaintiffs

have been deposed and their testimony has been filed with the Court and is on record.   There

is no additional discovery sought by the plaintiffs and they should be in a position to respond

to the defendants' summary judgment motion.

          Plaintiffs have not produced any information indicating why their attorney cannot

respond to the summary judgment motion that has been pending since March 14, 2006.

Certainly to extend the deadline another ninety days until August 20, 2006 will severely

endanger the October 2006 trial term setting by the Court in this matter.  Given the lengthy

delays occasioned by plaintiffs conduct in this matter, defendants respectfully submit that no

more delays should be permitted and that the plaintiffs should file their memorandum in

opposition to the defendants' summary judgment motion if they can, promptly.

Respectfully submitted,

/s/ R. Gary Winters
R.  Gary Winters  0018680
Bernard W. Wharton 0063487
Attorneys for Defendants
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513)  421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st   day of June,  2006, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ R. Gary Winters
R. Gary Winters   0018680
Bernard W. Wharton 0063487
McCASLIN, IMBUS & McCASLIN
Attorneys for Defendants
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com
bwwharton@mimlaw.com