**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

Sent To: Vena Marshall
4308 Gallia Street
New Boston, OH 45662

Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, January 2001    See Reverse for Instructions

CERTIFIED MAIL

7001 2510 0008 6348 5710